# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6
O

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-04719 AHM (MRWx) | Date | June 8, 2011 |
|---|---|---|---|
| Title | BRIAN BASIC v. PABLO CASTILLO, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    In March 2011, plaintiff Brian Basic filed an unlawful detainer action in Los Angeles County Superior Court naming Pablo Castillo, Jane Castillo, and Does 1-100 as Defendants. On June 2, 2011, Pablo and Jane Castillo removed this action to federal court, apparently on the basis of diversity of citizenship.

    A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Sys., Inc.*, 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams*, 482 U.S. 386 (1987).

    Defendants allege diversity jurisdiction exists under 28 U.S.C. § 1332. Notice of Removal, ¶¶ 6, 18. Federal diversity jurisdiction demands an amount in controversy exceeding $75,000, and "[t]he amount in controversy is determined from the allegations or prayer of the complaint." WILLIAM W. SCHWARZER, *et al.*, CALIFORNIA PRACTICE GUIDE: FEDERAL CIVIL PROCEDURE BEFORE TRIAL (2010), § 2:450 (citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938)). Here, there is no allegation anywhere in the complaint suggesting the amount in controversy exceeds $75,000. Quite the opposite. Plaintiff filed the complaint in California state court as a limited civil case. Jurisdiction in limited civil cases is confined to cases in which the amount of damages demanded is less than $25,000. Cal. Civ. Proc. Code § 86. The complaint's caption states "Amount demanded does not exceed $10,000."

//
//
//

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-04719 AHM (MRWx) | Date | June 8, 2011 |
|---|---|---|---|
| Title | BRIAN BASIC v. PABLO CASTILLO, et al. | | |

     Therefore, there is no basis for diversity jurisdiction. Accordingly, the Court ORDERS, on its own motion, that this action be remanded to Los Angeles County Superior Court for lack of jurisdiction.

                                                                                                                       :

                                                Initials of Preparer        SMO

**JS-6**